AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JUSTIN ANDREW ARCHIE <br><br> *Plaintiff(s)* <br> v. <br><br> RANKIN COUNTY, MISSISSIPPI; DEPUTY DAN WARREN; DEPUTY ANTHONY NETHERLAND; DEPUTY BRADLEY SMITH; DEPUTY MIKE MAGEE; JOHN DOES 1-10 <br> *Defendant(s)* | Civil Action No. 3:13CV66 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MIKE MAGEE
211 N. TIMBER STREET
BRANDON MS  39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BONNIE BRIDGERS SMITH
BRIDGERS-SMITH PLLC
P.O. BOX 14244
JACKSON MS  39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

CLERK OF COURT

Date: JAN 30 2013    *signature* E. Smith
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JUSTIN ANDREW ARCHIE <br><br> *Plaintiff(s)* <br> v. <br><br> RANKIN COUNTY, MISSISSIPPI; DEPUTY DAN WARREN; DEPUTY ANTHONY NETHERLAND; DEPUTY BRADLEY SMITH; DEPUTY MIKE MAGEE; JOHN DOES 1-10 <br> *Defendant(s)* | Civil Action No. 3:13 CV 66 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRADLEY SMITH
211 N. TIMBER STREET
BRANDON MS  39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BONNIE BRIDGERS SMITH
BRIDGERS-SMITH PLLC
P.O. BOX 14244
JACKSON MS  39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: JAN 30 2013     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

JUSTIN ANDREW ARCHIE )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 3:13cv66 CWR-FKB
RANKIN COUNTY, MISSISSIPPI; DEPUTY DAN )
WARREN; DEPUTY ANTHONY NETHERLAND; )
DEPUTY BRADLEY SMITH; DEPUTY MIKE )
MAGEE; JOHN DOES 1-10 )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANTHONY NETHERLAND
211 N. TIMBER STREET
BRANDON MS 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BONNIE BRIDGERS SMITH
BRIDGERS-SMITH PLLC
P.O. BOX 14244
JACKSON MS 39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: JAN 30 2013

*S. Smith*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JUSTIN ANDREW ARCHIE <br><br> *Plaintiff(s)* <br> v. <br><br> RANKIN COUNTY, MISSISSIPPI; DEPUTY DAN WARREN; DEPUTY ANTHONY NETHERLAND; DEPUTY BRADLEY SMITH; DEPUTY MIKE MAGEE; JOHN DOES 1-10 <br><br> *Defendant(s)* | Civil Action No. 3:13CV66 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RANKIN COUNTY MISSISSIPPI
C/O RANKIN COUNTY BOARD OF SUPERVISORS
GEORGE BOBO, COUNTY ADMINISTRATOR
211 EAST GOVERNMENT STREET
SUITE A
BRANDON MS 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BONNIE BRIDGERS SMITH
BRIDGERS-SMITH PLLC
P.O. BOX 14244
JACKSON MS 39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: JAN 3 0 2013                    *L. Smith*
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JUSTIN ANDREW ARCHIE <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; DEPUTY DAN WARREN; DEPUTY ANTHONY NETHERLAND; DEPUTY BRADLEY SMITH; DEPUTY MIKE MAGEE; JOHN DOES 1-10 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:13CV66 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAN WARREN
211 N. TIMBER STREET
BRANDON MS  39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BONNIE BRIDGERS SMITH
BRIDGERS-SMITH PLLC
P.O. BOX 14244
JACKSON MS  39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: JAN 3 0 2013

*P. Smith*
*Signature of Clerk or Deputy Clerk*