IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JUSTIN ANDREW ARCHIE**                                         **PLAINTIFF**

**vs.**                            **CAUSE NO. 3:13cv66-CWR-FKB**

**RANKIN COUNTY, MISSISSIPPI; et al**                      **DEFENDANTS**

___

**RANKIN COUNTY'S NOTICE OF SERVICE OF
PRE-DISCOVERY DISCLOSURE INFORMATION**

___

Notice is hereby given that on the date entered below, Defendant, Rankin County, Mississippi, by and through the undersigned counsel of record, disclosed to the Plaintiff, Justin Archie, the information required pursuant to FED. R. CIV. P. 26(a)(1)(A) and / or L.U. CIV. R. 26(a)(1)(A).

**RESPECTFULLY SUBMITTED,** this 20th day of May, 2013.

                                             **RANKIN COUNTY, MISSISSIPPI –
DEFENDANT**

                         **BY:**     _/s/ Jason E. Dare_
                                             **JASON E. DARE**

**OF COUNSEL**

J. Lawson Hester (MSB No. 2394)
lhester@wyattfirm.com
Jason E. Dare (MSB No. 100973)
jdare@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
Post Office Box 16089
Jackson, Mississippi 39236-6089
Telephone:    (601) 987-5300
Facsimile:     (601) 987-5353

## **CERTIFICATE OF SERVICE**

  I, JASON E. DARE, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent a true of and correct copy of the pleading to the following:

Bonnie Bridgers Smith, Esq.
bonnie@bridgerslaw.net
BRIDGERS SMITH, PLLC
P.O. Box 14244
4500 I-55 North, Suite 245 (39211)
Jackson, MS 39236-4244

Philip H. Neilson, Esq.
attorneyhalneilson@gmail.com
NEILSON LAW FIRM
P.O. Box 1860
Oxford, MS 38655

Christopher A. Tabb, Esq.
catabb@hotmail.com
CHRISTOPHER A. TABB, ATT.
P.O. Box 87
Brandon, MS 39043-0087

William Robert Allen, Esq.
wallen@aabalegal.com
ALLEN, ALLEN, BREELAND &
  ALLEN, PLLC
P.O. Box 751
Brookhaven, MS 39602-0751

Rebecca B. Cowan, Esq.
bcowan@curriejohnson.com
CURRIE, JOHNSON, GRIFFIN,
  GAINES & MYERS
P.O. Box 750
Jackson, MS 39205-0750

Clarence M. Leland , Jr., Esq.
cleland@bellsouth.net
CLARENCE M. LELAND, ATT.
P.O. Box 1466
Brandon, MS 39043

James L. Kelly, Esq.
rmslawyer@gmail.com
KELLY LAW OFFICE, PC
202 East Government Street
Brandon, MS 39042

Dale Danks , Jr., Esq.
ddanks@dmc-law.net
DANKS, MILLER & CORY
P.O. Box 1759
Jackson, MS 39215-1759

**THIS,** the 20th day of May, 2013.

              */s/ Jason E. Dare*
              **JASON E. DARE**